FILED

09/25/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0157

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0157

---

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

IOLA MAERRIEA JOHNSTON,

      Defendant and Appellant.

---

## GRANT OF EXTENSION

---

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including October 27, 2023, within which to prepare, serve, and file its response brief.

**MLP**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
September 25 2023